AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| TEVIN JONES <br><br> *Plaintiff(s)* <br> v. <br> ENTERPRISE HOLDINGS, INC et. al., <br><br> *Defendant(s)* | Civil Action No. <br><br> 2:25 CV 1519 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Enterprise Holdings, INC
C/O C T Corporation System
5661 Telegraph Rd Ste 4B
Saint Louis, MO 63129-4275

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Tevin Jones
1121 Worthington Woods Blvd #1147
Columbus, OH 43085

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 12/30/2025

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

TEVIN JONES

*Plaintiff(s)*

v.

ENTERPRISE HOLDINGS, INC et al.,

*Defendant(s)*

Civil Action No.

2:25 CV 1519

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* EAN Holdings, LLC
C/O CT Corporation System
4400 Easton Commons Way
Suite 125
Columbus, OH 43219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Tevin Jones
1121 Worthington Woods Blvd #1147
Columbus, OH 43085

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 12/30/2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| TEVIN JONES <br><br> *Plaintiff(s)* <br> v. <br> ENTERPRISE HOLDINGS, INC et al., <br><br> *Defendant(s)* | Civil Action No. <br><br> 2:25 CV 1519 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Jason Pearson
C/O CT Corporation System
4400 Easton Commons Way
Suite 125
Columbus, OH 43219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Tevin Jones
1121 Worthington Woods Blvd #1147
Columbus, OH 43085

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 12/30/2025

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

TEVIN JONES

*Plaintiff(s)*

v.

ENTERPRISE HOLDINGS, INC et al.,

*Defendant(s)*

Civil Action No.

2:25 CV 1519

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* John Bowron
C/O CT Corporation System
4400 Easton Commons Way
Suite 125
Columbus, OH 43219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Tevin Jones
1121 Worthington Woods Blvd #1147
Columbus, OH 43085

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 12/30/2025

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*