United States District Court
Southern District of Ohio

# Related Case Memorandum
## Civil Cases

TO: Judge Sargus, Chief Judge Morrison, Magistrate Judge Jolson, and Magistrate Judge Vascura

FROM: Kevin Williams, Case Administrator

DATE: December 31, 2025

SUBJECT: Case Caption: Tevin Jones v. Enterprise Holdings, Inc., et al.

CASE: Case Number: 2:25-cv-1519

DISTRICT JUDGE: Judge Sargus/Magistrate Judge Jolson

File Date: 12/30/2025

This memorandum is to notify you that the civil cover sheet on the above referenced case reflects the following alleged related case(s):

**Related Case(s):**

Case Caption: **Tevin Jones v. Enterprise Holdings, Inc., et al.**

Case Number: **2:23-cv-920**     District Judge: **Morrison**

File Date: **3/9/2023**     Magistrate Judge: **Vascura**


**Related Case(s):**

Case Caption:

Case Number:     District Judge:

File Date:     Magistrate Judge:

Memo Re: Related Civil Cases
Page 2

The District Judges having conferred, we respond to Case Administrator **Kevin Williams** as follows:

**Judges' Response:**

☐ We agree that the cases are **not** related and that the subject case should remain with the Judge to whom it is assigned.

☒ We agree that the cases **are** related and that the subject case should be transferred to the docket of Judge **Morrison**

☐ We agree that although the cases **are** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

☐ We are unable to agree and will accept any decision made by the Chief Judge.

☐ I am the Judge on both/all of the listed cases and have determined that the cases are **not** related.

☐ I am the Judge on both/all of the listed cases and have determined that the cases **are** related and they shall both/all remain on my docket.

☐ Other Direction of Judge: _____

s/Edmund A. Sargus, Jr. 1/5/2026
United States District Judge Sargus

s/Sarah D. Morrison
United States Chief District Judge Morrison

Cc:  Courtroom Deputies

*Revised 7/19/2012*