UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| TEVIN JONES, | ) | Case No. 2:25-cv-01519 |
| | ) | |
| Plaintiff, | ) | Judge Sarah D. Morrison |
| v. | ) | |
| | ) | |
| | ) | |
| ENTERPRISE HOLDINGS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

        I am admitted or otherwise authorized to practice in this court, and I appear in the case as counsel for: **DEFENDANTS ENTERPRISE HOLDINGS, INC., EAN HOLDINGS, LLC, dba ENTERPRISE RENT-A-CAR, JASON PEARSON, & JOHN BOWRON.**

Date:   February 5, 2026

                                        */s/ M. Scott McIntyre*
                                        M. Scott McIntyre (OH0075298)
                                        BAKER HOSTETLER LLP
                                        312 Walnut Street, Suite 3200
                                        Cincinnati, Ohio 45202
                                        smcintyre@bakerlaw.com
                                        513.929.3400 Telephone
                                        513.929.0303 Fax

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was filed on February 5, 2026 with the Court via the CM/ECF system.  A copy will also be mailed to the following address of record:

Tevin Jones
1608 Fulton Street
Columbus, OH 43205
tjones@invictarealtyllc.com


*Pro Se Plaintiff*

/s/ *M. Scott McIntyre*
M. Scott McIntyre (OH0075298)