UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| TEVIN JONES, | ) Case No. 2:25-cv-01519 |
| Plaintiff, | ) Judge Sarah D. Morrison |
| v. | ) |
| ENTERPRISE HOLDINGS, INC., et al., | ) |
| Defendants. | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

    I am admitted or otherwise authorized to practice in this court, and I appear in the case as counsel for: **DEFENDANTS ENTERPRISE HOLDINGS, INC., EAN HOLDINGS, LLC, dba ENTERPRISE RENT-A-CAR, JASON PEARSON, & JOHN BOWRON.**

Date:   February 5, 2026

> */s/ Sean P. Ryan*
> Sean P. Ryan (OH0094085)
> BAKER HOSTETLER LLP
> 312 Walnut Street, Suite 3200
> Cincinnati, Ohio 45202
> smcintyre@bakerlaw.com
> 513.929.3400 Telephone
> 513.929.0303 Fax

027427.000039\4931-1191-0029.1

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was filed on February 5, 2026 with the Court via the CM/ECF system.  A copy will also be mailed to the following address of record:

Tevin Jones
1608 Fulton Street
Columbus, OH 43205
tjones@invictarealtyllc.com


*Pro Se Plaintiff*

*/s/ Sean P. Ryan*
Sean P. Ryan (OH0094085)
