## Ryan, Sean P.

| | |
|---|---|
| **From:** | McIntyre, M. Scott |
| **Sent:** | Friday, October 11, 2024 2:51 PM |
| **To:** | tjones@invictarealtyllc.com |
| **Cc:** | Ryan, Sean P. |
| **Subject:** | Court's Order from Yesterday in Jones v. Enterprise, et. al. lawsuit |

Dear Mr. Jones,

As you know, the Court has Ordered you to reimburse Enterprise for one hour of defense counsel's time.  The average rate for the three defense counsel working on this matter is $540 per hour.  Please forward to me a check payable to EAN Holdings, LLC for $540.

Sincerely,
Scott

**M. Scott McIntyre**
Partner
Certified Specialist in Employment & Labor Law


BakerHostetler

312 Walnut Street | Suite 3200
Cincinnati, OH 45202-4074
T +1.513.852.2622
M +1.513.479.9558

smcintyre@bakerlaw.com
bakerlaw.com