## Ryan, Sean P.

| | |
|---|---|
| **From:** | cmecfhelpdesk@ohsd.uscourts.gov |
| **Sent:** | Thursday, February 5, 2026 3:34 PM |
| **To:** | ecf.notification@ohsd.uscourts.gov |
| **Subject:** | Activity in Case 2:25-cv-01519-SDM-CMV Jones v. Enterprise Holdings, Inc. et al Motion to Stay |

[External Email: Use caution when clicking on links or opening attachments.]

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court

### Southern District of Ohio

## Notice of Electronic Filing

The following transaction was entered by McIntyre, M on 2/5/2026 at 3:34 PM EST and filed on 2/5/2026

| | |
|---|---|
| **Case Name:** | Jones v. Enterprise Holdings, Inc. et al |
| **Case Number:** | 2:25-cv-01519-SDM-CMV |
| **Filer:** | John Bowron |
| | EAN Holdings, LLC |
| | Enterprise Holdings, Inc. |
| | Jason Pearson |

**Document Number:** 9

**Docket Text:**
**MOTION to Stay by Defendants John Bowron, EAN Holdings, LLC, Enterprise Holdings, Inc., Jason Pearson. (Attachments: # (1) Exhibit 1-Oct. 11, 2024 Email) (McIntyre, M)**

**2:25-cv-01519-SDM-CMV Notice has been electronically mailed to:**

M Scott McIntyre    smcintyre@bakerlaw.com, kurkallgeier@bakerlaw.com, sheck@bakerlaw.com, spryan@bakerlaw.com

Sean Patrick Ryan    spryan@bakerlaw.com, kurkallgeier@bakerlaw.com, sheck@bakerlaw.com

**2:25-cv-01519-SDM-CMV Notice has been delivered by other means to:**

Tevin Jones
1121 Worthington Woods Blvd
#1147
Columbus, OH 43085

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1040326259 [Date=2/5/2026] [FileNumber=9673673-0]
[a31d39c77dd4c08878d820b732ee9c88dba2062b55fa80c5ac363f21478372105b70
788b51083217094fc8d7a94ecd27253ff36038aafd6dcc159d78c8c659f0]]
**Document description:**Exhibit 1-Oct. 11, 2024 Email
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1040326259 [Date=2/5/2026] [FileNumber=9673673-1]
[46bc7493d3095edf7ee33428523cbd663a553c8357f776a1608e63cc9ad608621620
f704552c431d90d195bf1c9ceffa27c2b93e5d0ec43ef21cdfdb89c839ca]]